IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-01273-MSK-BNB

ELIZABETH VANESSA GOREHAM,

      Plaintiff,

v.

MARRIOTT HOTEL SERVICES, INC.,
d/b/a DENVER WEST MARRIOTT HOTEL, INC.,
a/k/a DENVER MARRIOTT WEST, and
MARRIOTT INTERNATIONAL, INC.,

      Defendants.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

THIS MATTER is before the Court on the "Stipulated Motion for Dismissal of Marriott International, Inc. Without Prejudice" **(#16)** filed July 5, 2007. The Court having reviewed the foregoing:

**ORDERS** that all claims asserted against Defendant Marriott International, Inc. in the above-captioned matter are dismissed without prejudice, each party to bear his, her or its own costs and attorneys' fees incurred in connection with this action.

The caption shall be amended to delete reference to Defendant Marriott International, Inc. as a Defendant.

Dated this 6th day of July, 2007

                                        **BY THE COURT:**

*Marcia S. Krieger*
_____

                                        Marcia S. Krieger
                                        United States District Judge