IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-01273-MSK-BNB

ELIZABETH VANESSA GOREHAM,

      Plaintiff,

v.

MARRIOTT HOTEL SERVICES, INC., d/b/a DENVER WEST MARRIOTT HOTEL, INC., [a/k/a DENVER MARRIOTT WEST],

      Defendants.

## ORDER DISCHARGING ORDER TO SHOW CAUSE

THIS MATTER comes before the Court on the Defendant's Amended Notice of Removal **(#19),** filed in response to the Court's Order to Show Cause **(#12)**. Having considered the same,

**IT IS HEREBY ORDERED** that the Order to Show Cause is deemed satisfied and is **DISCHARGED.**

Dated this 11th day of July, 2007

      **BY THE COURT:**

      *Marcia S. Krieger*

      Marcia S. Krieger
      United States District Judge