IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-01273-MSK-BNB

ELIZABETH VANESSA GOREHAM,

Plaintiff,

v.

MARRIOTT HOTEL SERVICES, INC., d/b/a DENVER WEST MARRIOTT HOTEL, INC. [a/k/a DENVER MARRIOTT WEST],

Defendant.
_____

**ORDER**
_____

The parties appeared this morning for a scheduling conference. The proposed scheduling order was refused for the reasons stated on the record.

IT IS ORDERED that the parties shall submit a revised scheduling order on or before **February 29, 2008**, modified as discussed at the scheduling conference today.

Dated February 21, 2008.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge