IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-01273-MSK-BNB

ELIZABETH VANESSA GOREHAM,

Plaintiff,

v.

MARRIOTT HOTEL SERVICES, INC., d/b/a DENVER WEST MARRIOTT HOTEL, INC. [a/k/a DENVER MARRIOTT WEST],

Defendant.
_____

**ORDER**
_____

I am informed that this case has been resolved. Accordingly,

IT IS ORDERED that on or before **April 16, 2008**, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated March 26, 2008.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge