IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01273-MSK-BNB

ELIZABETH VANESSA GOREHAM,

Plaintiff,

v.

MARRIOTT HOTEL SERVICES, INC., d/b/a DENVER WEST MARRIOTT HOTEL, INC. [a/k/a DENVER MARRIOTT WEST],

Defendant.
_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     This matter is before the Court on the **Unopposed Motion for Transcript of March 26, 2008 Settlement Conference** [docket no. 41, filed April 11, 2008] (the "Motion").

     IT IS ORDERED that the Motion is GRANTED and Avery Reporting is directed to prepare a transcript of this hearing **UNDER SEAL**.


DATED: April 14, 2008